Argued May 2—decided May 2, 1972

AKERS MOTOR LINES, INC. *v.* GEORGE J. CONKLIN, COMMISSIONER OF TRANSPORTATION

The motion by the plaintiff to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Hugh F. Keefe,* for the appellee (plaintiff).

*Thomas J. Sullivan,* for the appellant (defendant).

Argued May 2—decided May 2, 1972